CATHERINE R. WATSON, Respondent, *v.* ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Appellant.

*Watson* v. *St. Paul F. & M. Ins. Co.*, 171 App. Div. 971, appeal dismissed.

(Argued May 22, 1916; decided May 30, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 9, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action upon a policy of fire insurance.

The motion was made upon the grounds that the findings of fact have been unanimously affirmed; that the exceptions were frivolous, and that no questions of law were presented that could be reviewed by the Court of Appeals.

*Eugene Bryan* for motion.

*Solomon J. Rosenblum* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.